```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
```
**SOUTHERN DIVISION at PIKEVILLE**

| | |
|---|---|
| ACQUILLA GIBSON, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, ACTING )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>　　Defendant. ) | Civil Case No.<br>7:14-CV-69-JMH<br><br>**JUDGMENT** |

                                    ***

In accordance with the Court's Memorandum Opinion and Order of even date, and entered contemporaneously herewith, **IT IS HEREBY ORDERED:**

(1) that the decision of the Commissioner is **AFFIRMED**;

(2) that this action shall be, and the same hereby is, **DISMISSED** and **STRICKEN FROM THE ACTIVE DOCKET**;

(3) that this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 15th day of January, 2015.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge